# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 29, 2025

**VIA CM/ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED. The conference is adjourned to October 14, 2025 at 10:00 AM.

/s/ George B. Daniels
George B. Daniels

Dated: JUL 30 2025

RE:   *United States v. Randy Burrowes*
      25 Cr. 009 (GBD)

Dear Judge Daniels,

     I write to respectfully request that the Court adjourn the August 5, 2025, status conference in the above-captioned case by 60 days. The Government consents to this application.

     The parties remain engaged in negotiations over a pre-trial resolution. Specifically, the defense has retained a forensic psychologist to evaluate Mr. Burrowes and prepare a report for the defense to incorporate into a broader mitigation submission. The psychologist has met with Mr. Burrowes twice and requires one or two more meetings to administer additional testing relevant to his diagnosis and recommendations, which will be the focus of the defense's mitigation letter. Accordingly, the requested adjournment is necessary to allow the psychologist to finish his work and to afford Mr. Burrowes effective representation.

     The parties further agree that the exclusion of this additional period of delay from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) is warranted because the time is necessary to facilitate productive pre-trial negotiations.

     I thank the Court for its consideration of this consent application.

Respectfully Submitted,

/s/ Andrew John Dalack
Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Amanda C. Weingarten
      AUSA Georgia V. Kostopoulos