# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 30, 2025

**VIA CM/ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**
The status conference scheduled for October 14, 2025 is adjourned to December 17, 2025 at 10:00 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

SEP 3 0 2025

RE: ***United States v. Randy Burrowes***
    **25 Cr. 009 (GBD)**

Dear Judge Daniels,

I write to respectfully request that the Court adjourn the October 14, 2025, status conference in the above-captioned case by 60 days. The Government consents to this application.

Since the last status update dated July 29, 2025, the parties remain engaged in negotiations over a pre-trial resolution. Specifically, the defense has received a report from its retained forensic psychologist, which it is presently incorporating into a broader mitigation submission for the Government's consideration. Because the defense requires additional time to complete and submit its mitigation letter, and because the Government will require time to evaluate the submission, an adjournment of the status conference is appropriate.

The parties further agree that the exclusion of this additional period of delay from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) is warranted because the time is necessary to facilitate productive pre-trial negotiations.

I thank the Court for its consideration of this consent application.

Respectfully Submitted,

*Andrew John Dalack*
Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc: AUSA Amanda C. Weingarten
    AUSA Georgia V. Kostopoulos