# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 12, 2025

**SO ORDERED**
The status conference scheduled for December 17, 2025 is adjourned to February 18, 2026 at 10:00 a.m. Time is excluded pursuant to the Speedy Trial Act.

*George B. Daniels*
HON. GEORGE B. DANIELS

**VIA CM/ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

DEC 1 5 2025

RE:  ***United States v. Randy Burrowes***
     **25 Cr. 009 (GBD)**

Dear Judge Daniels,

I write to respectfully request that the Court adjourn the December 17, 2025, status conference in the above-captioned case by 60 days. The Government consents to this application.

Since the last status update and adjournment of the October 14, 2025, pre-trial conference, undersigned counsel has continued to meet regularly with Mr. Burrowes at Hudson County Jail in New Jersey and has made substantial progress on a thorough mitigation submission for the Government's consideration, which I will provide to the Government before the end of the year. The parties agree that this adjournment is necessary to afford the Government adequate time to review the submission and for the parties to complete negotiations over a pre-trial disposition.

The parties agree that the exclusion of this additional period of delay from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) is warranted because the time is necessary to facilitate and finalize productive pre-trial negotiations.

I thank the Court for its consideration of this consent application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:  AUSA Amanda C. Weingarten
     AUSA Georgia V. Kostopoulos