**Federal Defenders**

OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 17, 2026

SO ORDERED

*VIA CM/ECF*

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street        **APR 2 0 2026**
New York, NY 10007

The conference scheduled for April 21, 2026, is
adjourned to May 19, 2026, at 10:30 a.m.
Time is excluded under the Speedy Trial Act.

*George B. Daniels*

HON. GEORGE B. DANIELS

RE:    *United States v. Randy Burrowes*
        **25 Cr. 009 (GBD)**

Dear Judge Daniels,

I write to respectfully request that the Court adjourn the April 21, 2026, status conference in the above-captioned case to the week of May 11 or May 18, 2026, and tentatively schedule a change-of-plea hearing. The Government consents to this application.

The parties are nearing the conclusion of plea negotiations and expect to reach a negotiated disposition. An adjournment is necessary to finish the plea discussions and review any written agreement with Mr. Burrowes. For the foregoing reasons, the parties also agree that the additional period of delay created by this adjournment is excludable from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A).

I thank the Court for its consideration.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:    AUSA Amanda C. Weingarten
        AUSA Georgia V. Kostopoulos