# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 13, 2026

SO ORDERED

**VIA CM/ECF**
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The conference is adjourned to
June 17, 2026 at 9:45 a.m.
Time is excluded pursuant to the Speedy
Trial Act

*George B. Daniels*

MAY 1 3 2026

RE:   ***United States v. Randy Burrowes***
      **25 Cr. 009 (GBD)**

Dear Judge Daniels,

I write to respectfully request that the Court adjourn the May 19, 2026, status conference in the above-captioned case to the week of June 15, 2026. The Government consents to this application.

On May 1, 2026, the Government transmitted a written plea offer to the defense. On May 8, 2026, I had an opportunity to review the offer with Mr. Burrowes at Hudson County Jail, and the parties remain in discussion over certain aspects of the written plea agreement.

Given these developments and the need for more time to finish plea negotiations related to a written agreement between the parties, the defense respectfully submits that the Court should adjourn the May 19, 2026, status conference, and schedule a tentative change-of-plea conference for the week of June 15. For the foregoing reasons, the parties further agree that the additional period of delay created by this adjournment is excludable from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A).

I thank the Court for its consideration.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc:   AUSA Amanda C. Weingarten
      AUSA Georgia V. Kostopoulos