UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                     :

UNITED STATES OF AMERICA

                     :    CONSENT PRELIMINARY ORDER

        - v. -                   OF FORFEITURE AS TO

                     :    SPECIFIC PROPERTY

RANDY BURROWES,

    a/k/a "Ace,"              :    S1 25 Cr. 9 (GBD)

                     :

            Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about June 17, 2026, RANDY BURROWES, a/k/a "Ace," (the "Defendant"), was charged in a two-count Superseding Information, S1 25 Cr. 9 (GBD) (the "Information"), with conspiracy to commit sex trafficking of a minor, in violation of Title 18, United States Code, Section 1594 (Count One); and receipt and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1) (Count Two);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 1594, of any and all property, real and personal, involved in, used, or intended to be used to commit or to facilitate the commission of the offense charged in Count One of the Information; any and all property, real and personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Information; and any and all property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Information and proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Information included a forfeiture allegation as to Count Two of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in Count Two of the Information and any and all property, real or personal, used or intended to be used to commit or promote the commission of the offense charged in Count Two of the Information or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count Two of the Information;

WHEREAS, on or about June 17, 2026, the Defendant pled guilty to Counts One and Two of the Information pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One and Two of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594 and 2253, all right, title and interest of the Defendant in the following specific property:

    a. a light blue iPhone with a cracked camera recovered from the Defendant's person in or about November 2022 and vouchered under the invoice number 1204928399

(the "Specific Property");

WHEREAS, the Defendant consents to the forfeiture of all his right, title and interest in the Specific Property which constitutes property used or intended to be used to facilitate the offenses charged in Counts One and Two of the Information; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Amanda C. Weingarten, of counsel, and the Defendant and his counsel, Andrew Dalack, Esq., that:

1.      As a result of the offenses charged in Counts One and Two of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant RANDY BURROWES, a/k/a "Ace," and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4.      Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice

10. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____    6/17/) 26
  Amanda C. Weingarten     DATE
  Assistant United States Attorney
  26 Federal Plaza
  New York, NY 10278
  (212) 637-2257

RANDY BURROWES, a/k/a "Ace"

By: _____    6/17/2026.
  Randy Burrowes, a/k/a "Ace"    DATE

By: _____    6/17/2026
  Andrew Dalack, Esq.      DATE
  Attorney for Defendant
  Federal Defenders of New York
  52 Duane Street 10th Floor
  New York, NY 10007

SO ORDERED:

_____    6/17/2026
HONORABLE GEORGE B. DANIELS  DATE
UNITED STATES DISTRICT JUDGE