**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>-against-<br><br>RANDY BURROWES,<br><br>Defendant. | : | ORDER<br><br>25 Crim. 9 (GBD) |

GEORGE B. DANIELS, United States District Judge:

The October 14, 2026 sentencing is adjourned to November 18, 2026 at 10:45 AM. The pre-sentence report must be disclosed by October 16, 2026.

The Clerk of Court is directed to close the open letter motion at ECF No. 33.

Dated: September 15, 2026
New York, New York

SO ORDERED.

George B. Daniels

GEORGE B. DANIELS
United States District Judge