Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 4, 2026

Sentencing is hereby adjourned to
January 12, 2027 at 10:00 A.M.

**SO ORDERED:**

George B. Daniels

**George B. Daniels, U.S.D.J.**

**Dated:** NOV 05 2026

***Via CM/ECF***
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** ***United States v. Randy Burrowes***
**25 Cr. 009 (GBD)**

Dear Judge Daniels,

I write to respectfully request that the Court adjourn sentencing in the above-captioned case to a date on or after January 11, 2027, and grant a commensurate extension of the parties' respective sentencing submission deadlines. Sentencing is presently scheduled for November 18, 2026. The Government does not object to this application. An adjournment of sentencing is appropriate because I require additional time to finish receiving, reviewing, and incorporating into my sentencing submission letters, institutional records, and other mitigation materials pertinent to the Court's application of the Section 3553(a) factors to Mr. Burrowes. An adjournment to a date on or after January 11, 2027, is further appropriate to ensure that Mr. Burrowes's mother and siblings can be present at sentencing. This is the defense's second request for an adjournment of sentencing, and it is unopposed. I thank the Court for considering it.

Respectfully submitted,

Andrew John Dalack

Andrew John Dalack, Esq.
Assistant Federal Defender
Federal Defenders of New York
(646) 315-1527

Cc: AUSA Amanda C. Weingarten
AUSA Georgia V. Kostopoulos